
FILED
John E. Triplett, Acting Clerk
United States District Court

By Crobinson at 9:58 am, Dec 15, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ELMER EVELIO MEJIA-PEREZ, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-137 |
| | * | |
| v. | * | |
| | * | |
| WARDEN D. GREENWALT, | * | |
| | * | |
| Respondent. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 6.  Petitioner Elmer Mejia-Perez ("Mejia-Perez") did not file Objections to this Report and Recommendation.  In fact, this Court's Report and Recommendation was returned as undeliverable, with the notations: "Return to Sender, Not Deliverable as Addressed, Unable to Forward, No Longer Here 12/3."  Dkt. No. 7.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Mejia-Perez's 28 U.S.C. § 2241 Petition for failure to follow this Court's Orders and Local Rules, and

**DENIES as moot** Respondent's Motion to Dismiss. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Mejia-Perez *in forma pauperis* status on appeal.

**SO ORDERED**, this 14 day of December, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA